IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

PRO PETROLEUM, LLC,                     CASE NO.:

      Plaintiff,

vs.

HELLENIC PETROLEUM, LLC and
PANAGIOTIS KECHAGIAS,

      Defendants.
_____/

## COMPLAINT

Plaintiff PRO PETROLEUM, LLC ("Pro Petroleum") files this Complaint against Defendants HELLENIC PETROLEUM, LLC ("Hellenic") and PANAGIOTIS KECHAGIAS a/k/a PETE KECHAGIAS ("Kechagias") (collectively, with Hellenic, "Defendants" or the "Hellenic Parties"), and states as follows:

## NATURE OF THE ACTION

1. Pro Petroleum is a petroleum company that provides fuel products and various petroleum and renewal fuel product terminal, trucking, rail, and transmix processing services. Its product lines include gasoline, diesel and a variety of alternative fuels. As a fuel wholesaler, Pro Petroleum has fuel terminals where fuel distributors/suppliers such as Hellenic send drivers to pump Pro Petroleum's fuel into their trucks, taking delivery of the fuel for ultimate resale.

2. This lawsuit arises from Defendants' breach of a Settlement Agreement the parties to this lawsuit entered into to resolve three lawsuits arising from Hellenic's failure to pay Pro Petroleum, among many other creditors, for more than $2.3 million for fuel that Hellenic acquired under a credit agreement from Pro Petroleum's pumps. Furthermore, Kechagias, Hellenic's owner and president, had breached his obligations under a personal guaranty for any indebtedness his

company owed to Pro Petroleum under that credit agreement.

3. Under the Settlement Agreement, to be able to continue to purchase fuel from Pro Petroleum, Hellenic and Kechagias agreed to be jointly and severally responsible for payment of the almost $2.4 million amount at issue in the lawsuits in installment payments of $25,000.00 to be made twice per month, on the first day and the fifteenth day of every month. A true and correct copy of the Settlement Agreement executed on August 23, 2021 is attached hereto as **Exhibit 1**.

4. Unfortunately, history has repeated itself. Defendants failed to make the payment required on December 1, 2021, failed to satisfy Pro Petroleum's demand for cure of their breach, and further breached the Settlement Agreement by failing to make the payment required on December 15, 2021. Plaintiffs bring this action for breach of the Settlement Agreement and to, pursuant to the terms of the Settlement Agreement, obtain entry of the consent judgment that Defendants agreed shall be entered against them in the event of their uncured payment default.

## PARTIES

5. Pro Petroleum is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Texas.

6. Hellenic is a limited liability company organized under the laws of the State of Florida with its principal place of business in Florida.

7. Kechagias is an individual domiciled in Boca Raton, Florida, and is a citizen of the State of Florida. Kechagias is the President and owner of Hellenic Petroleum.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over this dispute by virtue of 28 U.S.C. § 1332 in that there is complete diversity of citizenship between Pro Petroleum, Hellenic, and Kechagias in this matter and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

9. Pro Petroleum has two members, Pro Petroleum Holdings Inc. and BunkerHill

Holdings Company LLC.

10. Pro Petroleum Holdings Inc. is a corporation organized under the laws of the State of Texas with its principal place of business in Texas.

11. BunkerHill Holdings Company LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Tennessee. Its sole member is BunkerHill Oil Marketing LLC.

12. BunkerHill Oil Marketing LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Tennessee. Its sole member is Pilot Travel Centers LLC.

13. Pilot Travel Centers LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Tennessee. Pilot Travel Centers LLC's members are Pilot Corporation, FJM Investments LLC, National Indemnity Company, and BDT I-A Plum Corp.

14. Pilot Corporation is a corporation organized under the laws of the State of Tennessee with its principal place of business in Tennessee.

15. FJM Investments LLC is a limited liability company organized under the laws of the State of Utah with a principal place of business in Utah. Its sole member is FJ Management, Inc., a corporation organized under the laws of the State of Utah with a principal place of business in Utah.

16. National Indemnity Company is a corporation organized under the laws of the State of Nebraska with a principal place of business in Nebraska.

17. BDT I-A Plum Corp. is a corporation organized under the laws of the State of Delaware with a principal place of business in Nebraska.

18. Hellenic has one member, Kechagias. As alleged above, Kechagias is a citizen of the State of Florida.

19. This Court may exercise personal jurisdiction over Hellenic because it is within its general jurisdiction as Hellenic operates, conducts, engages in, and carries on a business in the State of Florida.

20. This Court may exercise personal jurisdiction over Kechagias because he is within its general jurisdiction as he is a resident and citizen of the State of Florida.

21. In addition, both Hellenic and Kechagias consented in the subject Settlement Agreement to the jurisdiction of this Court.

22. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391 because Kechagias resides in this District and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## GENERAL ALLEGATIONS

**A.** **The Prior Lawsuits**

23. Upon Hellenic's failure to pay the more than $2.3 million it owed to Pro Petroleum starting in late February and early March 2021, Pro Petroleum learned of certain troubling circumstances regarding Hellenic's finances and operations. To preserve Hellenic's remaining assets for all of Hellenic's creditors and to ensure an orderly, fair and equal distribution of Hellenic's assets among all creditors, Pro Petroleum filed an involuntary Bankruptcy Code Chapter 7 petition for relief against Hellenic on March 10, 2021. *See In re Hellenic Petroleum, LLC*, No. 21-12317-EPK (Bankr. S.D. Fla.) (the "Involuntary Bankruptcy").

24. To enforce the personal guaranty executed by Kechagias, Pro Petroleum also filed a lawsuit in this Court on March 18, 2021 against Kechagias, asserting one cause of action, breach

of contract (the personal guaranty). *See Pro Petroleum, LLC v. Kechagias*, No 9:21-cv-80574-DMM (S.D. Fla.).

25. On June 7, 2021, Hellenic filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. *See In re Hellenic Petroleum, LLC*, No. 21-155681-EPK (Bankr. S.D. Fla.).

**B.    The Settlement Agreement**

26. The three lawsuits were settled by Pro Petroleum, Hellenic, and Kechagias by a Settlement Agreement executed on August 23, 2021.

27. The Settlement Agreement provided that, "[i]n full satisfaction, settlement, release, extinguishment and discharge of any claims that Pro Petroleum may assert against them, . . . Hellenic and Mr. Kechagias jointly and severally (together, the 'Hellenic Parties'), shall pay Pro Petroleum the sum of two million, three-hundred and fifty-two thousand, seven-hundred and twenty-nine dollars and 20/100 cents ($2,352,729.20) (the 'Settlement Amount'), in installment payments . . . ." Ex. 1 at § 3.

28. The installment payments for which Defendants were jointly and severally responsible are to be made with an initial payment of $25,000 upon execution of the Settlement Agreement, and then, "beginning the calendar month immediately following the date on which" the Bankruptcy Court entered a final, non-appealable order approving the dismissal of the Involuntary Bankruptcy, *i.e.*, November 2021, payment of $25,000 on the first calendar day of each month and an additional $25,000 on the fifteenth calendar day of each month "until the Settlement Amount is paid in full." *Id.*

29. The Settlement Agreement further provides that in the event of a failure by Defendants to timely remit an installment payment and to cure within five business days upon notice having been provided, "the Hellenic Parties [Defendants] shall be in default under this

5

Agreement, and Pro Petroleum may initiate a separate lawsuit for the entry of an agreed consent judgment, substantially in the form attached hereto as **EXHIBIT 'A'** (the 'Consent Final Judgment') against the Hellenic Parties, jointly and severally, for the full Settlement Amount less any payments made by the Hellenic Parties pursuant to this Agreement (the 'Default Lawsuit')." *Id.* at § 5 (emphases in original).

30. Section 5 of the Settlement Agreement further states that in the Default Lawsuit, the Hellenic Parties waive the requirement of personal service of process and agree that service by U.S. mail and email shall be deemed sufficient and proper service of process, they consent to the personal jurisdiction of the United States District Court for the Southern District of Florida, Pro Petroleum may immediately seek the entry of the Consent Final Judgment *ex parte*, Pro Petroleum shall be entitled to both pre- and post-judgment interest at the highest legal rate allowed by law, and Pro Petroleum shall be entitled to an award of reasonable attorney's fees and costs incurred. *See id.*

**C.**   **Defendants' Breaches of the Settlement Agreement**

31. Pursuant to the terms of the Settlement Agreement, Hellenic and Kechagias were obligated to make a payment of $25,000 to Pro Petroleum on December 1, 2021. No such payment was made.

32. On December 7, 2021, in accordance with the terms of the Settlement Agreement, Pro Petroleum sent to Hellenic and Kechagias a letter providing notice of the payment default, demanding payment within five business days, and reminding of the upcoming installment payment due on December 15, 2021 (the "Default Notice"). The Default Notice was also sent to several lawyers for Hellenic and Kechagias, including the lawyers involved in the three prior lawsuits between the parties. A true and correct copy of the Default Notice is attached hereto as

**Exhibit 2**.

33. Neither Hellenic nor Kechagias cured the failure to make the installment payment due December 1, 2021.

34. Furthermore, Hellenic and Kechagias failed to make the installment payment of December 15, 2021 required by the terms of the Settlement Agreement.

35. Accordingly, as of the date of the filing of this Complaint, the Settlement Amount currently due and owing under the Settlement Agreement is $2,252,729.20 (as only four installment payments were made). Per the Settlement Agreement, interest on the outstanding Settlement Amount accrues at the rate of 18% per annum.

36. Both Hellenic and Kechagias are in breach of their joint and several payment obligations under the Settlement Agreement. Defendants are therefore jointly and severally liable for the unpaid debts that are due and owing pursuant to the Settlement Agreement plus interest and Pro Petroleum's attorneys' fees and court costs, which Pro Petroleum seeks recovery of those damages through this suit.

37. All conditions precedent to the filing of this action have been satisfied, waived, or have occurred.

38. Pro Petroleum has retained the law firm of Greenspoon Marder LLP to represent it in this action and is obligated to pay attorney's fees and costs incurred herein.

## COUNT I
## BREACH OF CONTRACT
### (Against Hellenic and Kechagias)

39. Pro Petroleum realleges and reincorporates the allegations contained in paragraphs 1 through 38 above as if more fully set forth herein.

40. The Settlement Agreement is a valid contract pursuant to which Hellenic and Kechagias promised to, among other things, be jointly and severally obligated to make installment payments twice per month until the Settlement Amount is paid in full.

41. Pro Petroleum performed any and all obligations owed to Defendants.

42. Defendants breached the Settlement Agreement by failing to make the required installment payments to Pro Petroleum on December 1, 2021 and December 15, 2021.

43. As a direct and proximate result of Defendants' breaches of the Settlement Agreement, Plaintiff has been damaged in the principal amount of $2,252,729.20 (the full Settlement Amount less payments made by Defendants pursuant to the Settlement Agreement), plus interest at 18% per annum. Moreover, and pursuant to the parties' agreement reflected in the Settlement Agreement, Pro Petroleum is entitled to seek entry of a consent judgment against Defendants for the outstanding balance of the Settlement Amount, prejudgment interest, and attorney's fees and costs.

44. Furthermore, Pro Petroleum is entitled to recover its reasonable attorneys' fees, collection expense, and other legal expenses incurred in enforcing the Settlement Agreement pursuant to the terms of the Settlement Agreement.

**WHEREFORE,** Plaintiff PRO PETROLEUM, LLC respectfully requests that this Court enter a Final Judgment against Defendants HELLENIC PETROLEUM, LLC and PANAGIOTIS KECHAGIAS, jointly and severally, for the full Settlement Amount due less any payments made by Defendants pursuant to the Settlement Agreement, accrued interest, plus prejudgment interest, costs, reasonable attorneys' fees (as already agreed to by Defendants in the event of their default), and for such other and further relief that this Court deems just and proper.

| | |
|---|---|
| Dated: December 30, 2021 | GREENSPOON MARDER LLP<br><br>By: */s/ Roy Taub*<br>RICHARD W. EPSTEIN (Bar No. 229091)<br>JEFFREY A. BACKMAN (Bar No. 662501)<br>ROY TAUB (Bar No. 116263)<br>200 East Broward Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-491-1120<br>Facsimile: 954-343-6958<br>richard.epstein@gmlaw.com<br>maria.salgado@gmlaw.com<br>jeffrey.backman@gmlaw.com<br>khia.joseph@gmlaw.com<br>roy.taub@gmlaw.com<br>cheryl.cochran@gmlaw.com<br><br>*Attorneys for Plaintiff Pro Petroleum, LLC* |